APPEAL No. 75-268. THOMAS M. SNEDDON *et al. v.* FRANCIS COSTA *et al.* Motion of defendant Richard E. Thayer for extension of time to December 12, 1975 in which to file his brief is granted.

Motion of defendants Francis and Mary E. Costa for extension of time to December 28, 1975 in which to file their brief is granted.

Motion of defendants Francis and Mary E. Costa for correction of the record is granted as prayed without prejudice to the right of plaintiffs to raise objection thereto at the hearing on the merits. Doris, J. not participating. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for plaintiffs. *Keenan, Rice, Dolan, Reardon & Kiernan, John W. Kershaw,* for defendants

Francis and Mary E. Costa. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for defendant, Richard E. Thayer.